UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 3 2008

JOSE ROBLES,

                          Plaintiff,

-against-

GODDARD RIVERSIDE COMMUNITY CENTER, INC.; et al.,

                          Defendants.

Index No. 08 Civ 4856
(LTS) (JCF)

**DISMISSAL PURSUANT TO RULE 41(a)**

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 41(a), the plaintiffs JOSE ROBLES hereby dismisses this action as to defendant MARK GOLDBERG, and MARK GOLDBERG only..

Dated: New York, New York
June 10, 2008

_____
JOHN C. KLOTZ (4162)
Attorney for Plaintiffs
350 Fifth Avenue, Suite 4810
New York, New York 10118
(212) 630-2600