| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Index No. 08 Civ 4856<br>(LTS) (JCF) |

JOSE ROBLES,

                                   Plaintiff,

                -against-

GODDARD RIVERSIDE COMMUNITY CENTER, INC.; *et al*,

                                   Defendants.

## CERTIFICATE OF SERVICE

      JOHN C. KLOTZ, an attorney admitted to practice before the United States District Court for the Southern District of New York, affirms the truth of the following statemenst under penalties of perjury:

      On June 17, 2008, I caused the Initial Conference Order entered filed herein on June 13, 2008 to be served on each of the dfrednants who's name and address are listed on Sxchedule A, hereof, by deposit of true copies thereof in a postage paid envelope in an official depository under the exc;lusive care and sustody of the UNted Sattes Postal Service with the State of New York.

Dated: New York, New York
         June 17, 2008

                                                     *s/John C. Klotz*
                                            JOHN C. KLOTZ (JK4162)
                                            Attorney for the Plaintiff
                                           350 Fifth Avenue, Suite 4810
                                           New York, New York 10118
                                                (212) 630-2600
                                         johnklotz@johnklotz.com

## SCHEDULE A

Stephen Adler
285 Riverside Dr
New York, NY 10015

Joan Amron
43 East 88th Street
New York, NY 10128

Barbara Berger-Opotowski
115 Central Park West
New York, NY 10023

Doris Brunson
65 West 90th St.
New York, NY 10024

Richard Burgheim
230 Central Park West
New York, NY 10024

Kitty Cary
1120 Fifth Ave.,
New York, NY 10128

Judy Tobias Davis
120 Central Park South
New York, NY 10019

Betsy Dean
315 Central Park \Vest
New York. NY 10025

Michael Friedman
300 Central Park West
New York. NY 10024

Maureen Golden
342 West 88th Street
New York. NY 10024

Victor Gonzalez
117 West 90th St.
New York, NY 10024

Evelyn Grant
130 Malcolm X Boulevard
New York. NY 10026

Stanley Heckman,
President Goddard-Riverside
Community Center, Inc.
593 Columbus Ave.
New York, NY 10024

Norman Gross
336 Shea Drive
New Milford, NJ 07646

Jo Butler Grossman
27 Park Place
Brooklyn, NY 11217

Stanley Heckman
101 Central Park West
New York. NY 10023

Linda James
115 Central Park West
New York, NY 10023

Florence Janovic
115 Central Park \Vest
New York. NY 10023

Christopher Kell
20 West 77th Street
New York, NY 10023

Marian Krauskopf
12 West 96th Street
New York. NY 10025

Jonathan Levi
404 Riverside Drive
New York, NY 10025

Dr. Barry Levine
1035 Park Ayenue
New York. NY 10028

Elizabeth Lubetkin Lipton
400 West End Avenue
New York. NY 10024

Jacqueline Long
70 \Vest 95th Street
New York. NY 10025

Kayalyn A. Marafioti
225 Central Park West
New York. NY 10024

Ann McGovern
30 East 62nd Street
New York, NY 10021

Deborah McManus
420 West Broadway
New York. NY 10012

Ann Mintzer
20 Plaza Street
Brooklyn. NY 11238

Alan Mirken
733 Park Ave.
New York, NY

Betsy Newell
62 East 83rd Street
New York. NY 10028

Laura Page
180 Warren Street
Brooklyn, NY 10028

Larry Pomerance
1520 York Avenue
New York, NY 10128

Erica Prud'homme
90 Riverside Drive
New York. NY 1002 I

Susan Richman
333 East 69th Street
New York. NY 10021

Eric Rosenfeld
149 West 87th Street
New York, NY 10024

Phyllis Rovine
215 East 68th St.
New York, NY10021

Mary Ellen Rudolph
322 Central Park West
New York, NY10025

Stephan Russo
593 Columbus Avenue
New York, NY 10024

Linda R. Safran
400 West End Avenue
New York, NY10024

Sherri Sandler
151 Central Park West
New York, NY10023

Daniel Siff
9 Rivercrest Road
Bronx, NY 10471

## SCHEDULE A

Howard Stein
1158 Fifth Avenue
New York, NY10029

Sheila Thimba
14 Tammy Court
Piscataway, NJ 08854

Catherine Traykovski
46 West 86th Street
New York, NY10024

Alan H. Wiener
7 Pine Isand
Rye, NY 10580

Rhonda White
687 East 170th Street
Bronx, N.Y. 10456

Peter Workman
60 Gramercy Park
New York. NY 10010