UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSE ROBLES,                     Plaintiff, | Index No. 08 Civ. 4856 (LTS)(JCF) |
| -against- | |
| GODDARD RIVERSIDE COMMUNITY CENTER, INC., et al., | |
| Defendants. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 1 2008

---

### STIPULATION OF DISMISSAL WITH PREJUDICE
### UNDER FED. R. CIV. P. 41(a)

---

IT IS HEREBY AGREED by and between the undersigned that plaintiff hereby dismisses his complaint in the above-captioned action as against defendant Michael L. Cook with prejudice and without costs.

Dated: June __, 2008
       New York, New York

_____
John C. Klotz (JK4162)
Attorney for Plaintiff
350 Fifth Avenue, Suite 4810
New York, New York 10188
Ph:  (212) 630-2600
Fax: (718) 543-8244
Email: johnklotz@johnklotz.com

_____
Michael L. Cook (MLC7887)
Attorney Pro Se
919 Third Avenue
New York, New York 10022
Ph:  (212) 756-2150
Fax: (212) 593-5955
Email: michael.cook@srz.com

10687446.1