

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ROBLES,

                                                    Index No. 08 Civ 4856
                                    Plaintiff,      (LTS) (JCF)

                -against-

                                                    **DISMISSAL PURSUANT**
GODDARD RIVERSIDE COMMUNITY CENTER, INC.; *et*      **TO RULE 41(a)**
*al*,

                                    Defendants.

_____

        **PLEASE TAKE NOTICE,** that pursuant to the provisions of Federal Rules of Civil

Procedure Rule 41(a), the plaintiffs JOSE ROBLES hereby dismisses this action as to each

defendant listed on SCHEDULE ONE, annexed hereto and as to those defendants only

~~GOLDBERG only.~~

Dated: New York, New York
      July 9, 2008

                                    JOHN C. KLOTZ (4162)
                                    Attorney for Plaintiffs
                                    350 Fifth Avenue, Suite 4810
                                    New York, New York 10118
                                    (212) 630-2600

## SCHEDULE ONE: Dismissed Defendant

1. KEN ABERNATHY
2. JOAN AMRON
3. BARBARA BERGER-OPOTOWSKI
4. DORIS BRUNSON
5. KITTY CARY
6. JUDY TOBIAS DAVIS
7. BETSY DEAN
8. PAGE EDMUNDS
9. MICHAEL FRIEDMAN
10. MAUREEN GOLDEN
11. VICTOR GONZALEZ
12. SUSAN GROBMAN
13. NORMAN GROSS
14. JO BUTLER GROSSMAN
15. LISA GUGENHEIM
16. LINDA JAMES
17. FLORENCE JANOVIC
18. CHRISTOPHER KELL
19. MARIAN KRAUSKOPF
20. JONATHAN LEVI
21. DR. BARRY LEVINE
22. ELIZABETH LUBETKIN LIPTON
23. JACQUELINE LONG
24. ANN MCGOVERN
25. DEBORAH MCMANUS
26. ANN MINTZER
27. ALAN MIRKEN
28. HENRY MYERBERG
29. JEANETTE NEFF
30. LARRY POMERANCE
31. ERICA PRUD'HOMME
32. PHYLLIS ROVINE
33. MARY ELLEN RUDOLPH
34. LINDA R. SAFRAN
35. SHERRI SANDLER
36. SHEILA THIMBA
37. CATHERINE TRAYKOVSKI
38. ALAN H. WIENER
39. RHONDA WHITE