UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOSE ROBLES,

                              Plaintiff,

                -against-

GODDARD RIVERSIDE COMMUNITY CENTER, INC.;
STEPHAN RUSSO; STEPHEN ADLER; RICHARD
BURGHEIM; EVELYN GRANT; STANLEY HECKMAN;
KAYALYN A. MARAFIOTI; BETSY NEWELL; LAURA
PAGE; SUSAN RICHMAN; ERIC ROSENFELD; DANIEL
SIFF; HOWARD STEIN; and PETER WORKMAN,

                              Defendants.

Index No. 08 cv 4856
(LTS)(JCF)

_____

### DECLARATION OF SERVICE OF AMENDED COMPLAINT

JOHN C. KLOTZ, pursuant to 28 U.S.C. § 1746 declares the truth of the following statements:

1. I am the attorney for Plaintiff herein.

2. On July 18, 2008, I served the AMENDED COMPLAINT herein upon **Eric Rosenfeld** by mailing a true copy of the same to the attorneys for the Defendant, to wit:

RHONDA EPSTEIN
Hoey, King, Toker & Epstein
55 Water St Fl 29
New York NY 10041-000

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2008

                                                                        _____s/John C. Klotz_____
                                                                          JOHN C. KLOTZ
                                                                     Attorney for Plaintiff
                                                                350 Fifth Avenue, Suite 4810
                                                                  New York, New York 10118
                                                                          (212) 630-2600