Case 1:08-cv-04856-LTS    Document 25    Filed 08/06/2008    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    08-CV-04856 (LTS)
JOSE ROBLES,                              (JCF)

            Plaintiff,

                               **FEDERAL RULE 7.1**
      v.                            **STATEMENT**

GODDARD RIVERSIDE COMMUNITY CENTER, INC.;
STEPHEN RUSSO; STEPHEN ADLER; RICHARD
BURGHEIM; EVELYN GRANT;
STANLEY HECKMAN; KAYALYN A. MARAFIOTI;
BETSY NEWELL; LAURA PAGE; SUSAN RICHMAN;
ERIC ROSENFELD; DANIEL SIFF; HOWARD
STEIN; and PETER WORKMAN,

            Defendants.
------------------------------------x

      Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Goddard Riverside Community Center, Inc. Stephan Russo, Evelyn Grant, Stanley Heckman, Laura Page, Susan Richman, Eric Rosenfeld and

Daniel Siff certifies that the following are corporate parents, subsidiaries, or affiliates of that party: NONE.

DATED: August 5, 2008
      New York, New York

                                     Yours, Etc.,

**HOEY, KING, TOKER & EPSTEIN**
Attorneys for Defendants
**Goddard Riverside Community Center, Inc. Stephan Russo, Evelyn Grant, Stanley Heckman, Laura Page, Susan Richman, Eric Rosenfeld and Daniel Siff**
Office and Post Office Address
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200

By:
_/s/ Rhonda L. Epstein_
Rhonda L. Epstein

To:

John C. Klotz, Esq.
Attorneys for Plaintiff, Jose Robles
350 Fifth Avenue, Suite 4810
New York, New York 10118